# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 11, 2012

No. 11-30571
Summary Calendar

Lyle W. Cayce
Clerk

SHANNON A. DARDAR,

Plaintiff-Appellant

v.

AMERIQUEST MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL
TRUST COMPANY,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-1589

Before JONES, Chief Judge, and HAYNES and GRAVES, Circuit Judges.

PER CURIAM:[*]

This appeal before us concerns tolling of prescriptive periods during bankruptcy proceedings and res judicata. We have carefully reviewed the briefs and the pertinent parts of the record and finding no reversible error of fact or law, we affirm for essentially the reasons given by the trial court. Moreover, the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30571

claims for TILA violations and negligent misrepresentation are prescribed under Louisiana Law and 11 U.S.C. § 108.

**AFFIRMED**